IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TOMAS S. JIMENEZ,

        Plaintiff,

v.                              No. 15-cv-1058 GBW-SMV

NOVA MUD, INC.,

        Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    January 28, 2016, at 9:30 a.m.

**Matter to be heard**:    Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **January 28, 2016, at 9:30 a.m**. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.