IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TOMAS S. JIMENEZ,

    Plaintiff,

v.                                                  No. 15-cv-1058 GBW-SMV

NOVA MUD, INC.,

    Defendant.

### ORDER SETTING TELEPHONIC MOTIONS HEARING

**Date and time**:      February 23, 2016, at 2:00 p.m.

**Matters to be heard**: Plaintiff's Emergency Motion for Protective Order [Doc. 23]
                                 Defendant's Amended Emergency Motion for Protective Order [Doc. 29]

     **IT IS ORDERED** that a telephonic hearing on Plaintiff's Emergency Motion for Protective Order [Doc. 23] and Defendant's Amended Emergency Motion for Protective Order [Doc. 29] is set for February 23, 2016, at 2:00 p.m. Counsel shall call Judge Vidmar's Meet Me Line at 505-348-2357 to connect to the proceedings.[1]

     **IT IS SO ORDERED.**

                                                                      _____
                                                                      **STEPHAN M. VIDMAR**
                                                                      **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.