IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TOMAS S. JIMENEZ,

        Plaintiff,

v.                                                                 No. 15-cv-1058 GJF/SMV

NOVA MUD, INC.,

        Defendant.

### ORDER SETTING MOTION HEARING

**Date and time**:       March 23, 2016, at 9:30 a.m.

**Matter to be heard**:  Motions to Approve Proposed Notices [Docs. 40 and 41]

      **IT IS ORDERED** that a telephonic hearing on the parties' competing motions to approve their proposed notices to potential class members [Docs. 40 and 41] is set for March 23, 2016, at 9:30 a.m.  Counsel shall call Judge Vidmar's Meet Me Line at 505-348-2357 to connect to the proceedings.[1]

      **IT IS SO ORDERED.**

                                                            **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.