# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**TOMAS S. JIMENEZ,**

      **Plaintiff,**

**v.**                                                                **No. 15-cv-1058 GJF/SMV**

**NOVA MUD, INC.,**

      **Defendant.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      October 6, 2016, at 9:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **October 6, 2016, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss whether to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

      **IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.