UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| TOMAS S. JIMENEZ, § <br> individually and on behalf § <br> of all other similarly situated, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> NOVA MUD, INC., § <br>     Defendant. § | NO. 2:15-CV-1058-MV-SMV |

**ORDER GRANTING LEAVE TO FILE
DEFENDANT'S FIRST AMENDED ORIGINAL ANSWER**

Before the Court is Defendant's Unopposed Motion for Leave to File a First Amended Original Answer (Dkt. 74). The Court finds that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Defendant is allowed to file its First Amended Original Answer.

Dated: __November 30_____, 2016.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

UNOPPOSED:

*/s/ Fernando M. Bustos*
Fernando M. Bustos
COUNSEL FOR DEFENDANT

*/s/ Matthew S. Parmet (by consent)*
Matthew S. Parmet
COUNSEL FOR PLAINTIFFS