UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| TOMAS S. JIMENEZ, individually and on behalf of all others similarly situated, | § § § § § § § § § § | Docket No. 2:15-cv-01058-GBW-SMV<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |
| v. | | |
| NOVA MUD, INC. | | |

_____

**JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AND RELEASE, AND DISMISS WITH PREJUDICE PER FED. R. CIV. P. 41**

Having reached a compromise of the claims alleged by Plaintiffs, Tomas Jimenez, Andrew Hernandez, Anthony Martinez, Brandon Monsey, Bryan Naatz, Bullett Burchett, Caleb Awtry, Cole Guidinger, Corey Awtry, Dalton Henson, Daniel Parent, Darren Dunaway, Eduardo Zamora, Edward Fitzwilliam, Jordan Emig, Jordan Riggins, Jose Jimenez, Jose Lara, Jr., Joseph Mishler, Juan Corral, Kevin Fort, Kevin Perez, Kris Bohannan, Mateo Quinones, Nicholas Delao, Noe Perez, Rafael Munoz, Raul Miranda, Ritchie Sauceda, Rolando Jimenez, and Russell Peter, with Nova Mud, Inc., the Plaintiffs respectfully request that the Court approve the Confidential Settlement Agreement and Release, and dismiss Plaintiffs' claims with prejudice to the refiling of the same. *See* Exhibit A – to be filed under seal.

Respectfully submitted,

*/s/ Andrew W. Dunlap*
Michael A. Josephson
Texas Bar No. 24014780
Andrew Dunlap
Texas Bar No. 24078444
Lindsay R. Itkin
Texas Bar No. 24068647
Jessica M. Bresler
Texar Bar No. 24090008
**Fibich, Leebron, Copeland, Briggs & Josephson**
1150 Bissonnet St.
Houston, Texas  77005
Tel: 713.751.0025
FAX: 713.751.0030
mjosephson@fibichlaw.com
adunlap@fibichlaw.com
litkin@fibichlaw.com
jbresler@fibichlaw.com

**AND**

Richard J. (Rex) Burch
Texas Bar No. 24001807
**Bruckner Burch, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas  77046
Tel: 713.877.8788
FAX: 713.877.8065

**AND**

Justin R. Kaufman
Rosalind B. Bienvenu
**ROBINS CLOUD, LLP**
505 Cerrillos Rd., Ste. A209
Santa Fe, New Mexico 87501
Telephone:     (505) 986-0600
Telecopier:     (915) 986-0632
jkaufman@heardrobins.com
rienvenu@heardrobins.com

**ATTORNEYS FOR PLAINTIFF**

        */s/ Fernando M. Bustos*
FERNANDO M. BUSTOS
New Mexico Federal Bar No. 16-19
Texas Bar No. 24001819
Email: fbustos@bustoslawfirm.com
AARON M. PIER
New Mexico Federal Bar No. 16-20
Texas Bar No. 24041694
Email: apier@bustoslawfirm.com
MATTHEW N. ZIMMERMAN
New Mexico Federal Bar No. 17-23
Texas Bar No. 24100386
Email: mzimmerman@bustoslawfirm.com
1001 Main Street, Suite 501
Lubbock, Texas 79401
Telephone: (806) 780-3976
Facsimile: (806) 780-3800

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I certify that the foregoing document was served by ECF electronic filing on all known parties on February 23, 2017.

        /s/ *Andrew W. Dunlap*
Andrew W. Dunlap

**CERTIFICATE OF CONFERENCE**

    I conferred with counsel for Defendant, who is not opposed to the relief sought in this Motion.

        /s/ *Andrew W. Dunlap*
Andrew W. Dunlap