UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| TOMAS S. JIMENEZ, §<br>individually and on behalf §<br>of all others similarly situated, §<br>§ | Docket No. 2:15-CV-01058-MV-SMV |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| NOVA MUD, INC. § | |
| § | |
| Defendant. § | |

## ORDER GRANTING JOINT MOTION TO FILE UNDER SEAL

THIS MATTER comes before the Court on the parties' *Joint Motion to File Under Seal* (Doc. 86), filed February 23, 2017. The Court, having reviewed the Motion, being fully advised of the premises, and noting that it is a joint motion, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that Exhibit "A" to the Joint Motion to Approve Confidential Settlement Agreement and Release and Dismiss with Prejudice shall be filed under seal.

THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

AGREED:

*/s/ Andrew W. Dunlap*
ANDREW W. DUNLAP
Texas Bar No. 24078444
Email: adunlap@fibichlaw.com
FIBICH, LEEBRON, COPELAND,
BRIGGS & JOSEPHSON
1150 Bissonnet St.
Houston, Texas  77005
Telephone: (713) 751-0025
Facsimile: (713) 751-0030
COUNSEL FOR PLAINTIFF


*/s/ Fernando M. Bustos*
FERNANDO M. BUSTOS
New Mexico Federal Bar No. 16-19
Texas Bar No. 24001819
Email: fbustos@bustoslawfirm.com
BUSTOS LAW FIRM, P.C.
1001 Main Street, Suite 501
Lubbock, Texas 79401
Telephone: (806) 780-3976
Facsimile: (806) 780-3800
COUNSEL FOR DEFENDANT